# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CPV KEENAN II RENEWABLE ENERGY COMPANY, LLC, )<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>OKLAHOMA GAS AND ELECTRIC COMPANY, )<br>)<br>)<br>Defendant. ) | Case No. CIV-13-795-D |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff, CPV Keenan II Renewable Energy Company, LLC, hereby stipulates with Defendant Oklahoma Gas and Electric Company, that this action shall be dismissed with prejudice. Each party will bear its own costs and attorneys' fees.

Submitted this 7th day of January, 2014.

s/ Mack J. Morgan III
Mack J. Morgan III, OBA #6397
C. Miles Tolbert, OBA #14822
CROWE & DUNLEVY
A Professional Corporation
20 N. Broadway Ave., Suite 1800
Oklahoma City, Oklahoma 73012
(405) 235-7700
(405) 239-6651
mack.morgan@crowedunlevy.com
miles.tolbert@crowedunlevy.com

**ATTORNEYS FOR PLAINTIFF CPV KEENAN II RENEWABLE ENERGY COMPANY, LLC**

2519637

       s/ Micheal R. Perri
--------------------------------------

*(Signed by Filing Attorney with Permission of Attorney)*
Michael R. Perri, OBA #11954
Jason A. Dunn, OBA #22788
PHILLIPS MURRAH P.C.
Corporate Tower, Thirteenth Floor
101 N. Robinson
Oklahoma City, Oklahoma 73012
(405) 235-4100
(405) 235-4133
mrperri@phillipsmurrah.com
jadunn@phillipsmurrah.com

**ATTORNEYS FOR DEFENDANT OKLAHOMA GAS AND ELECTRIC COMPANY, LLC**

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing was delivered electronically this 7th day of January, 2014, to:

Michael R. Perri, OBA #11954
Jason A. Dunn, OBA #22788
PHILLIPS MURRAH P.C.
Corporate Tower, Thirteenth Floor
101 North Robinson
Oklahoma City, Oklahoma 73102
Telephone: (405) 235-4100
Facsimile: (405) 235-4133
mrperri@phillipsmurrah.com
jadunn@phillipsmurrah.com

ATTORNEYS FOR DEFENDANT
OKLAHOMA GAS AND ELECTRIC COMPANY

                                                s/ Mack J. Morgan III
                                                Mack J. Morgan III